IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAIME DURAN, | § | |
| | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | C. A. NO. 3:15-CV-0714-D |
| | § | |
| SENTINEL INSURANCE COMPANY, LTD., | § | |
| | § | |
|     *Defendant.* | § | |

### ORDER APPROVING STIPULATION OF DISMISSAL

On this day, the parties' Joint Stipulation of Dismissal with Prejudice was considered by the Court. It appearing to the Court that all issues in this case have been resolved and that the parties desire the entry of this Order, it is

ORDERED, ADJUDGED AND DECREED that the Joint Stipulation of Dismissal is approved and that the above-styled and numbered cause and all claims asserted or that could have been asserted by all parties herein are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs incurred.

IT IS SO ORDERED.

SIGNED February 22, 2016

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

*Chris Schleiffer* (signature)

Chris Schleiffer
States Bar No. 24088362
THE VOSS LAW FIRM, P.C.
THE VOSS LAW CENTER
26619 Interstate 45 South
The Woodlands, TX 77380
Telephone: 713.861.0015
Facsimile:    713.861.0021
Email:        chris@vosslawfirm.com
OF COUNSEL:
Bill L. Voss
State Bar No. 24047043
Scott G. Hunziker
State Bar No. 24032446
THE VOSS LAW FIRM, P.C.
THE VOSS LAW CENTER
26619 Interstate 45 South
The Woodlands, TX 77380
Telephone: 713.861.0015
Facsimile:    713.861.0021
Email:        bill.voss@vosslawfirm.com
              scott@vosslawfirm.com
ATTORNEYS FOR PLAINTIFF


    */s/ Laura Grabouski*
Laura Grabouski
State Bar No: 24031595
Brittan L. Buchanan
State Bar No: 03285680
BUCHANAN DIMASI DANCY & GRABOUSKI LLP
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone:       512-225-2800
Facsimile:    512-225-2801
Email:        lgrabouski@bddglaw.com
              bbuchanan@bddglaw.com

ATTORNEYS FOR DEFENDANT